IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DEEP VEIN THROMBOSIS LITIGATION | MDL Docket No 04-1606 VRW |
| | ORDER |

This Document Relates To:

WARSAW CASES

```
03-3760    04-4527
03-3979    04-4871
03-5234    05-2476
04-0438    05-3869
04-0875    05-3870
04-1092    05-3871
04-1461    06-4518
04-2964
```
_____/

        For the reasons announced in the court's order of August 21, 2006 granting the airline defendants' motions for summary judgment in the Warsaw actions, summary judgment is GRANTED for Delta Airlines, Inc, Northwest Airlines, Inc and ATA Airlines, Inc. This order affects only the named airline defendant(s) in each of the above-captioned Warsaw cases.

        Pursuant to FRCP 54(b), the court finds that there is no just reason to delay entry of judgment in favor of any airline

defendant that is <u>both</u> a party to the present motions <u>and</u> against which the only Article 17 accidents alleged are the onset of DVT or the absence or insufficiency of a warning regarding DVT or policy-level decisions regarding the same.  Accordingly, the clerk is **DIRECTED** to enter judgment in favor of the airline defendants.  In any action in which the clerk enters judgment in favor of an airline defendant and in which no other active defendant is named, the clerk is further **DIRECTED** to close the file and terminate all motions.

    SO ORDERED.

_/s/ Vaughn Walker_

VAUGHN R WALKER

United States District Chief Judge